ACCEPTED
15-25-00112-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/15/2025 11:59 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/15/2025 11:59:26 AM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00110-CV
No. 15-25-00111-CV
No. 15-25-00112-CV

## IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

---

PLEASANTON HOUSING FINANCE CORPORATION, ISMAEL GALLEGOS, JOEY MACON, MARK PINKSTON, ZACHARY PAWELEK, SCOTT FERGUSON, LILIAN CASHMER, AND BRANDON HICKS,
*APPELLANTS*,
V.
CITY OF LAKE WORTH, TEXAS,
*APPELLEE*.

---

PECOS HOUSING FINANCE CORPORATION, PLEASANTON HOUSING FINANCE CORPORATION, MAVERICK HOUSING FINANCE CORPORATION, LA VILLA HOUSING FINANCE CORPORATION, AND JOE DON BOBBITT,
*APPELLANTS*,
V.
CITY OF ARLINGTON AND CITY OF FORT WORTH,
*APPELLEES*.

---

PECOS HOUSING FINANCE CORPORATION, CARA TURN, MARIBEL ALVAREZ, AND IRENE DOMINGUEZ,
*APPELLANTS*,
V.
CITY OF HALTOM CITY, TEXAS,
*APPELLEE*.

---

## APPELLANTS' UNOPPOSED MOTION TO CONSOLIDATE

---

From the 348th District Court, Tarrant County, Texas
Cause Nos. 348-364430-25, 348-363561-25, and 348-364135-25;
Hon. Megan Fahey, presiding

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Amanda L. Reichek
Texas Bar No. 24041762
areichek@tillotsonlaw.com
Kathryn E. Yukevich
Texas Bar No. 24133390
kyukevich@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street,
Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6564

**Counsel for Appellants Pecos
Housing Finance Corporation, Cara
Turn, Maribel Alvarez, and Irene
Dominguez**

Roel Gutierrez
Texas Bar No. 24069842
roelgutierrezlaw@gmail.com
Law Office of Roel Gutierrez, PLLC
4415 N. McColl Rd.
McAllen, TX 78504
Telephone: (956) 278-3529
Facsimile: (956) 278-3530

**Counsel for Appellant La Villa
Housing Finance Corporation**

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Decavalier
Texas Bar No. 24129028
dlecavalier@chasnoffstribling.com
**CHASNOFF | STRIBLING, LLP**
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155

**Counsel for Appellants Pecos
Housing Finance Corporation,
Pleasonton Housing Finance
Corporation, Cara Turn, Maribel
Alvarez, and Irene Dominguez**

TO THE HONORABLE COURT OF APPEALS:

COME NOW, Appellants, and respectfully request that the following appeals be consolidated:

- Case No. 15-25-000110-CV; Pleasonton Housing Finance Corporation v. City of Lake Worth[1]

- Case No. 15-25-00111-CV; Pecos Housing Finance Corporation v. City of Arlington v. City of Fort Worth[2]

- Case No. 15-25-00012-CV; Pecos Housing Finance Corporation v. City of Haltom City, Texas[3]

Appellants are housing finance corporations (HFCs) that coordinate and facilitate affordable housing for Texans pursuant to the Housing Finance Corporation Act ("the Act"). In three separate lawsuits, Appellees—the cities of Arlington, Fort Worth, Haltom City, and Lake Worth—allege that (1) the Act precludes HFCs from owning property outside the jurisdiction of the local government that sponsored the HFC; (2) Appellants violated the Act by owning and securing tax exemptions on property located outside the boundaries of their sponsoring jurisdictions and within Arlington, Fort Worth, Haltom City, and Lake Worth; and (3) because HFC-owned property is tax-exempt, Appellees are losing money from their tax base.

These appeals challenge the trial court's denial of Appellants' pleas to the jurisdiction and its entry of temporary injunctions that collectively prevent Appellants

---

[1] On appeal from Cause No. 348-364430-25.
[2] On appeal from Cause No. 348-363561-25.
[3] On appeal from Cause No. 348-364135-25.

from acquiring title to real property in the cities of Arlington, Fort Worth, Haltom City, and Lake Worth, and obtaining, seeking to obtain, or receiving tax exemptions for any properties located in these cities.

These cases are pending in the 348th Judicial District of Tarrant County, and the cities' applications for temporary relief were consolidated and heard at the same time. Appellees challenge the same practice, generally assert the same claims, and seek the same remedies in these lawsuits. *Norman v. State*, No. 09-06-006-CV, 2006 WL 1965663, at *1 (Tex. App.—Beaumont July 13, 2006, no pet.) (consolidating the analysis of both appeals where the issues are identical); *Guyaux v. Walnut Springs Homeowners Ass'n, Inc.*, No. 03-20-00584-CV, 2021 WL 162503, at *1 (Tex. App.—Austin Jan. 5, 2021, no pet.) (consolidating appeals to avoid confusion and preserve judicial efficiency) *Batson v. Bd. of Regents of Univ. of Tex. Sys. on behalf of MD Anderson Cancer Ctr.*, No. 03-23-00765-CV, 2024 WL 2061658, at *1 (Tex. App.—Austin May 9, 2024, no pet.) (same). No harm or prejudice will result to any party from the consolidation of these matters. *I-10 Colony, Inc. v. Chao Kuan Lee*, No. 01-14-00730-CV, 2014 WL 4723290, at *1 (Tex. App.—Houston [1st Dist.] Sept. 23, 2014, no pet.).

## PRAYER

For these reasons, Appellants respectfully request that these appeals be consolidated under the same case number and that the other two appeals be dismissed.

Dated: July 15, 2025

*/s/* Amanda L. Reichek
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Amanda L. Reichek
Texas Bar No. 24041762
areichek@tillotsonlaw.com
Kathryn E. Yukevich
State Bar No. 24133390
kyukevich@tillotsonlaw.com
TILLOTSON JOHNSON & PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
Telephone: (214) 382-3041
Facsimile: (214) 292-6564

**Counsel for Appellants Pecos Housing Finance Corporation, Cara Turn, Maribel Alvarez, and Irene Dominguez**

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Lecavalier
Texas Bar No. 24129028
dlecavalier@chasnoffstribling.com
CHASNOFF STRIBLING, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155

**Counsel for Appellants Pecos Housing Finance Corporation, Pleasonton Housing Finance Corporation, Cara Turn, Maribel Alvarez, and Irene Dominguez**

Roel Gutierrez
Texas Bar No. 24069842
roelgutierrezlaw@gmail.com
Law Office of Roel Gutierrez, PLLC

4415 N. McColl Rd.
McAllen, TX 78504
Telephone: (956) 278-3529
Facsimile: (956) 278-3530

**Counsel for Appellant La Villa
Housing Finance Corporation**

## CERTIFICATE OF SERVICE

I certify that, on July 15, 2025, I conferred with Appellees' counsel, who stated Appellees are unopposed to the relief requested.

*/s/ Amanda L. Reichek*
Amanda L. Reichek

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Texas Rules of Appellate Procedure on July 15, 2025.

*/s/ Amanda L. Reichek*
Amanda L. Reichek

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103145229
Filing Code Description: Motion
Filing Description: Appellants' Unopposed Motion to Consolidate
Status as of 7/15/2025 12:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey MTillotson | | jtillotson@tillotsonlaw.com | 7/15/2025 11:59:26 AM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 7/15/2025 11:59:26 AM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 7/15/2025 11:59:26 AM | SENT |
| Kassi Yukevich | | kyukevich@tillotsonlaw.com | 7/15/2025 11:59:26 AM | SENT |
| Amanda Reichek | | areichek@tillotsonlaw.com | 7/15/2025 11:59:26 AM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 7/15/2025 11:59:26 AM | SENT |
| Wayne Olson | | wolson@toase.com | 7/15/2025 11:59:26 AM | SENT |
| Tammy Ardolf | | tardolf@toase.com | 7/15/2025 11:59:26 AM | SENT |
| Rachel Raggio | | rraggio@toase.com | 7/15/2025 11:59:26 AM | SENT |
| Teresa John | | tjohn@toase.com | 7/15/2025 11:59:26 AM | SENT |
| Blake W.Stribling | | bstribling@chasnoffstribling.com | 7/15/2025 11:59:26 AM | SENT |
| Daniel J.Lecavalier | | dlecavalier@chasnoffstribling.com | 7/15/2025 11:59:26 AM | SENT |